UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ALEXEEV,<br><br>        Petitioner,<br><br>   v.<br><br>JEFF B. SESSIONS, et al.,<br><br>        Respondent. | No. EDCV 18-619-JLS (AGR)<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: June 12, 2018

                                                   JOSEPHINE L. STATON
                                                   United States District Judge